

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00310-CV

---

**RAW OIL & GAS, INC., APPELLANT**

**V.**

**DAVID EUGENE FLAKE AND HOLLIS RENEE HARTLEY, APPELLEES**

---

On Appeal from the 106th District Court
Garza County, Texas
Trial Court No. 23-02-07762, Honorable Reed A. Filley, Presiding

---

September 29, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Raw Oil & Gas, Inc., appeals from the trial court's *Order and Judgment*, which they concede is "non-appealable and interlocutory." Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to

date, we grant the motion. The appeal is dismissed.[1] Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellant.[2] TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.


Per Curiam

---

[1] Appellees' pending motion to dismiss the appeal for want of jurisdiction is, therefore, rendered moot.

[2] Appellant has not paid the requisite appellate filing fee to date. Accordingly, the filing fee will be included in the costs taxed against Appellant.